IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARCHIBALD ROBINSON,                          :

        Petitioner                    :

                           :

        vs.                           CIVIL NO. 1:CV-09-0637

                           :

DISTRICT DIRECTOR FOR ICE,                   (Judge Caldwell)
et al.,                                   : (Magistrate Judge Blewitt)
        Respondents                   :

*O R D E R*

        AND NOW, this 19th day of October, 2009, upon consideration of the report
and recommendation of the magistrate judge (doc. 10), filed July 1, 2009, to which no
objections were filed, and upon independent review of the record, it is ordered that:

        1.  The magistrate judge's report is adopted.

        2.  Petitioner's petition for a writ of habeas corpus pursuant
to 28 U.S.C. § 2241 is denied.

        3.  The Clerk of Court shall close this file.

                          /s/William W. Caldwell
                          William W. Caldwell
                          United States District Judge